Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Michelle S. Lim (SBN 315691)
Scott L. Gordon (SBN 319872)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
mlim@schneiderwallace.com
sgordon@schneiderwallace.com

*[Additional Counsel listed on next page]*

Attorneys for Plaintiffs and the Settlement Classes and Collective

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JONES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CERTIFIEDSAFETY, INC. <br><br> Defendants. | **Lead Case No. 3:17-cv-02229-EMC** <br> Consolidated with 3:17-cv-03892-EMC (*Crummie*) <br> Related to: 3:18-cv-04379-EMC (*Ross*) <br>       3:19-cv-01338-EMC (*Jones II*) <br>       3:19-cv-01380-EMC (*Jones III*) <br>       3:19-cv-01381-EMC (*Jones IV*) <br>       3:19-cv-01427-EMC (*East*) <br>       3:19-cv-01428-EMC (*Jones V*) <br><br> [PROPOSED] **JUDGMENT** <br><br> Date: May 28, 2020 <br> Time: 1:30 p.m. <br> Courtroom: 5 (17th Floor) <br> Judge: Honorable Edward M. Chen <br><br><br> *Jones* Complaint filed: April 21, 2017 |

1  Edwin Aiwazian (SBN 232943)
2  Arby Aiwazian (SBN 269827)
   Jill J. Parker (SBN 274230)
3  LAWYERS FOR JUSTICE, PC
   410 West Arden Avenue, Suite 203
4  Glendale, California 91203
   Telephone: (818) 265-1020
5  Facsimile: (818) 265-1021

6  Attorneys for Plaintiffs and the Settlement Classes and Collective

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Motions for Final Approval of Class and Collective Action Settlement and for Attorneys' Fees and Costs and Service Awards, filed by Plaintiffs Harold Jones, Tierre Crummie, Genea Knight, Sandra Turner, George Azevedo, Jr., Marcellous Ross, and Michael East ("Plaintiffs") in the above-captioned Actions, came on for hearing on May 28, 2020 at 1:30 p.m. in Courtroom 5 of the above-captioned Court, the Honorable Edward M. Chen presiding. Defendant CertifiedSafety, Inc. did not oppose the motions.

The Court previously granted Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement (*see* ECF 216), the Parties have fully briefed the issues regarding final approval and attorneys' fees, costs, and service awards, the case has been heard, and the Court has granted final approval of the Settlement. Therefore, the Court HEREBY ORDERS, ADJUDGES, AND DECREES THAT judgment shall be and hereby is entered in the above-captioned Actions on the terms set forth in the Court's entered Order Granting Final Approval of Settlement and the Court's entered Order Awarding Attorneys' Fees and Costs and Service Awards, which are incorporated herein by this reference as though set forth in full.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  June 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge,
　　　　　　　　　　　　　　　　　　　　　　　　　Northern District of California